**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO. 3:08CR168(RNC) |
| ANTHONY PAGE : | February 25, 2019 |

## FIRST STEP ACT MOTION FOR IMMEDIATE RELEASE OR RESENTENCING

Defendant Anthony Page moves this Court to order his immediate release, or in the alternative, to schedule a resentencing hearing, pursuant to the First Step Act of 2018, Pub. L. 115-391, 132 Stat. 5194 (2018), § 404. In support of this motion, Mr. Page represents as follows:

1. On July 27, 2010, Mr. Page was sentenced on four counts, including one count of conspiracy to possess with intent to distribute 5 grams or more of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) & 846, which is a covered offense under § 404(a) of the First Step Act. He received a total effective sentence of 210 months.

2. Mr. Page's sentence was not previously imposed or previously reduced in accordance with the Fair Sentencing Act of 2010, Pub. L. 111-220, 124 Stat. 2372 (2010), nor has this Court previously denied a motion brought under § 404 of the First Step Act. *See* Pub. L. 115-391, § 404(c).

3. Mr. Page has been incarcerated for approximately 127 months, or over 10 and a half years. The Federal Bureau of Prisons calculates his release date to be January 1, 2024.

4. This Court should order Mr. Page's immediate release because, among other reasons: Mr. Page is no longer a career offender; Mr. Page was subject to a penalty enhancement that no longer applies; and Mr. Page has already served a sentence within the applicable Guidelines range.

Therefore, Mr. Page requests that the Court order his immediate release, or in the alternative, schedule a resentencing hearing. Mr. Page reserves the right to fully brief the above issues and any other issues, subject to the briefing schedule set forth in the Court's February 11, 2019 Standing Order. Should the Court schedule a resentencing hearing, Mr. Page requests leave to submit additional legal and factual considerations in a sentencing memorandum prior to the resentencing hearing. Mr. Page reserves all other rights.

                Respectfully submitted,

                THE DEFENDANT,
                Anthony Page

                OFFICE OF THE FEDERAL DEFENDER

Dated: February 25, 2019        /s/ Carly Levenson
                Carly Levenson
                Assistant Federal Defender
                265 Church Street, Suite 702
                New Haven, CT 06510
                Bar No. phv09665
                Phone: 203-498-4200
                Fax: 203-498-4207
                Email: Carly_Levenson@fd.org

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on February 25, 2019, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              /s/ Carly Levenson
                                              Carly Levenson